NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDIA QUEUE, LLC,**
*Plaintiff-Appellant,*

v.

**NETFLIX, INC.,**
*Defendant-Cross Appellant,*

**and**

**BLOCKBUSTER, INC.,**
*Defendant-Appellee,*

**and**

**GREENCINE HOLDINGS, LLC,**
*Defendant.*

---

2010-1199, -1344

---

Appeals from the United States District Court for the Northern District of California in case no. 09-CV-1027, Judge Susan Illston.

---

## ON MOTION

---

Before LOURIE, *Circuit Judge.*

# ORDER

Upon consideration of Amazon.com Inc., Facebook, Inc., Microsoft Corp., Oracle Corp., Samsung Electronics Co., Ltd., Toyota Motor Sales, U.S.A., Inc., and Yahoo! Inc.'s motion for leave to file a brief amicus curiae in support of Netflix, Inc.,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 1 0 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John Joseph Edmonds, Esq.
Scott W. Breedlove, Esq.
Michael A. Jacobs, Esq.
John D. Vandenberg, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2010

JAN HORBALY
CLERK